NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
LINDA MOTT
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6059
FAX: (702) 388-5087
Linda.j.mott@usdoj.gov
Attorney for the United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD ANTHONY HERNANDEZ,<br><br>Defendant. | Case No. 2:18-cr-00320-RFB-VCF<br><br>**STIPULATION TO EXTEND DEADLINE FOR DISCOVERY** |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and LINDA MOTT, Assistant United States Attorney, counsel for the United States of America, and JOSH TOMSHECK, ESQ., counsel for Defendant RICHARD ANTHONY HERNANDEZ, that the deadline for discovery be extended to March 29, 2019.

IT IS STIPULATED AND AGREED, that the government shall have to and including March 29, 2019, to provide any further discovery.

IT IS FURTHER STIPULATED AND AGREED, that the defendant herein shall have to and including April 26, 2019, to provide any reciprocal discovery.

1

This stipulation is entered into for the following reasons:

1. Counsel for Defendant Hernandez was recently appointed to this case. The additional time requested will allow counsel for Defendant Hernandez to review all of the discovery and meet with his client to discuss the discovery. The time requested will also allow counsel for Defendant Hernandez the opportunity to provide any reciprocal discovery. Moreover, the additional time will allow the parties to discuss a possible resolution to this case.

2. If the parties fail to resolve the case through negotiation, the additional time is necessary for the parties to prepare for trial.

3. The current trial date is March 25, 2019, however counsel for Defendant Hernandez has filed a stipulation to continue that date and time convenient to this Court, but no sooner than 60 days.

4. The parties agree to the extension of the discovery deadline.

5. The defendant is currently in custody and does not object to this extension.

6. This is the second stipulation to continue the discovery deadline filed herein.

DATED this 15th day of February, 2019.

Respectfully submitted,
NICHOLAS A. TRUTANICH
United States Attorney

\_\_\_\_\_//s//\_\_\_\_\_  
JOSH TOMSHECK, ESQ.  
Counsel for Defendant  
RICHARD ANTHONY HERNANDEZ

\_\_\_\_\_//s//\_\_\_\_\_  
LINDA MOTT  
Assistant United States Attorney

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-cr-00320-RFB-VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| RICHARD ANTHONY HERNANDEZ, | |
| Defendant. | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for Defendant Hernandez was recently appointed to this case. The government is aware of its discovery obligations under Rule 16(c). The additional time for providing discovery is needed to allow counsel for Defendant Hernandez to thoroughly review all the discovery and discuss it with Defendant Hernandez. Additionally, the time requested will allow counsel for Defendant Hernandez to provide any reciprocal discovery to the Government.

2. The parties also need additional time to discuss any proposed negotiations. If the parties fail to resolve the case through negotiation, the additional time is necessary for the parties to prepare for trial.

3. The parties agree to the extension.

4. The defendant is currently in custody and does not object to an extension.

5. This is the <u>second</u> stipulation to continue the pleadings deadline filed herein.

For all of the above-stated reasons, the ends of justice would best be served by an extension of the deadline to provide discovery.

**ORDER**

IT IS THEREFORE ORDERED, that the government shall have to and including March 29, 2019, to provide any further discovery.

IT IS FURTHER ORDERED, that the defendant shall have to and including April 26, 2019, to provide any reciprocal discovery.

DATED this 15th day of February, 2019.

_____
THE HONORABLE RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE