NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar #13644
BIANCA R. PUCCI
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-5080
Bianca.Pucci@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> VS. <br><br> RICHARD ANTHONY HERNANDEZ, <br><br> Defendant. | Case No. 2:18-cr-00320-RFB-VCF <br><br> **Stipulation to Extend Discovery Deadline** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Nicholas A. Trutanich, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and JOSH TOMSHECK, ESQ., counsel for defendant RICHARD ANTHONY HERNANDEZ, that the deadline for discovery be extended to August 14, 2020.

IT IS STIPULATED AND AGREED, that the government shall have to and including August 14, 2020, to provide any further discovery.

IT IS FURTHER STIPULATED AND AGREED, that the defendant herein shall have to and including August 14, 2020, to provide any reciprocal discovery.

The Stipulation is entered into for the following reasons:

1.      Counsel for the government was recently assigned to this case. The government is aware of its discovery obligations under Rule 16(c). The additional time requested will allow counsel for the government to review all of the discovery and meet with defense counsel to ensure all discovery has been produced. It will further allow the government to produce any supplemental discovery pursuant to its obligations under Rule 16(c).

2.      The time requested will also allow counsel for Defendant Hernandez the opportunity to provide any reciprocal discovery.

3.      The current trial date is October 12, 2020, and this stipulation does not contemplate a continuance of trial.

4.      The parties agree to the extension of the discovery deadline.

5.      The defendant is currently in custody and does not object to this extension.

6.      This is the third stipulation to continue the discovery deadline filed herein.

DATED: July 8, 2020

NICHOLAS A. TRUTANICH
United States Attorney

_____*/s/ Josh Tomsheck*_____
JOSH TOMSHECK, ESQ.
Counsel for defendant
RICHARD ANTHONY HERNANDEZ

_____*/s/ Bianca R. Pucci*_____
BIANCA R. PUCCI
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                              Plaintiff,

VS.

RICHARD ANTHONY HERNANDEZ,

                              Defendant.

Case No. 2:18-cr-00320-RFB-VCF

**Order**

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      Counsel for the government was recently assigned to this case. The government is aware of its discovery obligations under Rule 16(c). The additional time requested will allow counsel for the government to review all of the discovery and meet with defense counsel to ensure all discovery has been produced. It will further allow the government to produce any supplemental discovery pursuant to its obligations under Rule 16(c).

2.      The time requested will also allow counsel for Defendant Hernandez the opportunity to provide any reciprocal discovery.

3.      The current trial date is October 12, 2020, and this stipulation does not contemplate a continuance of trial.

4.      The parties agree to the extension of the discovery deadline.

5.      The defendant is currently in custody and does not object to this extension.

6.      This is the third stipulation to continue the discovery deadline filed herein.

1

<u>**ORDER**</u>

2

    **IT IS THEREFORE ORDERED** that the government shall have to and including

3

August 14, 2020, to provide any further discovery.

4

    **IT IS THEREFORE ORDERED**, that the defendant herein shall have to and including

5

August 14, 2020, to provide any reciprocal discovery.

6

7

    DATED this __7th__ day of _August_____ 2020.

8

9

10

      _____
RICHARD F. BOULWARE, II
UNITES STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24