**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00320-RFB-VCF |
| Plaintiff,        vs. | Stipulation to Continue Sentencing and Disposition Date |
| RICHARD ANTHONY HERNANDEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Bianca R. Pucci, Esq., Assistant United States Attorney, counsel for the United States of America, and Joshua Tomsheck, Esq., counsel for Defendant counsel for Defendant Richard Anthony Hernandez, that the Sentencing and Disposition currently scheduled for January 14, 2021 at 1:00p.m. be vacated for sixty (60) days or to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. This is the first Sentencing and Disposition continuance request.

2. Defense Counsel has a scheduling conflict and will be unavailable for the currently scheduled hearing.

3. The current conditions related to the ongoing COVID-19 pandemic have impacted the ability for Defense counsel to visit and discuss various matters with the Defendant.

4. The Defendant is in custody and does not object to this continuance.

5. The Defendant will sign his waiver of in-person appearance.

1

6. The parties agree to the continuance.

7. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition Date would best serve the ends of justice in this case.

DATED this 11th day of January 2021.

Respectfully submitted,

NICHOLAS A. TRUTANICH
UNITED STATES ATTORNEY

*/s/ Bianca R. Pucci*_____               */s/ Joshua Tomsheck*_____
BIANCA R. PUCCI, ESQ.                        JOSHUA TOMSHECK, ESQ.
Assistant United States Attorney             Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00320-RFB-VCF |
| Plaintiff,          vs. | |
| RICHARD ANTHONY HERNANDEZ, | ORDER |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is the first Sentencing and Disposition continuance request.

2. Defense Counsel has a scheduling conflict and will be unavailable for the currently scheduled hearing.

3. The current conditions related to the ongoing COVID-19 pandemic have impacted the ability for Defense counsel to visit and discuss various matters with the Defendant.

4. The Defendant is in custody and does not object to this continuance.

5. The Defendant will sign his waiver of in-person appearance.

6. The parties agree to the continuance.

7. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition Date would best serve the ends of justice in this case.

IT IS ORDERED that the Sentencing currently scheduled for January 14, 2021 at 1:00p.m., be vacated and continued to _____March 18_____, 2021 at ___10:00____ a.m/~~p.m~~.

DATED _11th_ day of __January_, ___2021__ .

_____
RICHARD F. BOULWARE, ii
UNITED STATES DISTRICT JUDGE