**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00320-RFB-VCF |
| Plaintiff, vs. | Stipulation to Continue Sentencing and Disposition Date |
| RICHARD ANTHONY HERNANDEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Bianca R. Pucci, Esq., Assistant United States Attorney, counsel for the United States of America, and Joshua Tomsheck, Esq., counsel for Defendant Richard Anthony Hernandez, that the Sentencing and Disposition currently scheduled for March 18, 2021 at 10:00a.m. be vacated and continued for thirty (30) days, or to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. This is the second Sentencing and Disposition continuance request.
2. Defense counsel needs additional time to visit and discuss various matters with the Defendant.
3. The Defendant is in custody and does not object to this continuance.
4. The Defendant will sign his waiver of in-person appearance.
5. The parties agree to the continuance.

1

6. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition Date would best serve the ends of justice in this case.

DATED this 10th day of March 2021.

Respectfully submitted,

NICHOLAS A. TRUTANICH
UNITED STATES ATTORNEY

| /s/ *Bianca R. Pucci* | /s/ *Joshua Tomsheck* |
|---|---|
| BIANCA R. PUCCI, ESQ. | JOSHUA TOMSHECK, ESQ. |
| Assistant United States Attorney | Attorney for Defendant |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
-oOo-**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,      vs.<br><br>RICHARD ANTHONY HERNANDEZ,<br><br>Defendant. | Case No. 2:18-cr-00320-RFB-VCF<br><br>ORDER |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is the second Sentencing and Disposition continuance request.

2. Defense counsel needs additional time to visit and discuss various matters with the Defendant.

3. The Defendant is in custody and does not object to this continuance.

4. The Defendant will sign his waiver of in-person appearance.

5. The parties agree to the continuance.

6. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition Date would best serve the ends of justice in this case.

IT IS ORDERED that the Sentencing currently scheduled for March 18, 2021 at 10:00a.m., be vacated and continued to  April   29 , 2021 at  11:00  a.m/p.m.  in LV Courtroom 7C by videoconference.

DATED  10th  day of  March ,  2021 .

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3