**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**
-oOo-

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00320-RFB-VCF |
|---|---|
| Plaintiff,                        vs. | Stipulation to Continue Sentencing and Disposition Date |
| RICHARD ANTHONY HERNANDEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca R. Pucci, Esq., Assistant United States Attorney, counsel for the United States of America, and Joshua Tomsheck, Esq., counsel for Defendant counsel for Defendant Richard Anthony Hernandez, that the Sentencing and Disposition currently scheduled for April 29, 2021 at 11:00a.m. be vacated for thirty (30) days or to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. This is the third Sentencing and Disposition continuance request.
2. The Government has a scheduling conflict and will be unavailable for the currently scheduled hearing.
3. Defense counsel needs additional time to visit and discuss various matters with the Defendant.
4. The Defendant is in custody and does not object to this continuance.

1

5. The Defendant will sign his waiver of in-person appearance.

6. The parties agree to the continuance.

7. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition Date would best serve the ends of justice in this case.

DATED this 8th day of April 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
ACTING UNITED STATES ATTORNEY

*/s/ Bianca R. Pucci*_____                    */s/ Joshua Tomsheck*_____
BIANCA R. PUCCI, ESQ.                                      JOSHUA TOMSHECK, ESQ.
Assistant United States Attorney                         Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,      vs.<br><br>RICHARD ANTHONY HERNANDEZ,<br><br>Defendant. | Case No. 2:18-cr-00320-RFB-VCF<br><br>ORDER |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is the third Sentencing and Disposition continuance request.

2. The Government has a scheduling conflict and will be unavailable for the currently scheduled hearing.

3. Defense counsel needs additional time to visit and discuss various matters with the Defendant.

4. The Defendant is in custody and does not object to this continuance.

5. The Defendant will sign his waiver of in-person appearance.

6. The parties agree to the continuance.

7. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition Date would best serve the ends of justice in this case.

IT IS ORDERED that the Sentencing currently scheduled for April 29, 2021 at 11:00a.m., be vacated and continued to __June 3_____, 2021 at __10:00____a.m/p.m.

DATED __8th__ day of __April__, __2021__.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3