CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
PENELOPE J. BRADY
Assistant United States Attorneys
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
BIANCA PUCCI
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Penelope.Brady@usdoj.gov
Bianca.Pucci@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00320-RFB-VCF |
| Plaintiff, | **Stipulation to Continue Sentencing Hearing (Sixth Request)** |
| v. | |
| RICHARD ANTHONY HERNANDEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Penelope J. Brady and Bianca R. Pucci, Assistant United States Attorneys, counsel for the United Stated of America, Joshua Tomsheck of Hofland & Tomsheck, attorney for the defendant Richard Anthony Hernandez, that the sentencing hearing currently scheduled for November 18, 2021, at 11:45 a.m. be vacated and reset to December 14, 2021 at 1:00 p.m. This Stipulation is entered into for the following reasons:

1. One of the government attorneys assigned to the case is not available for the currently scheduled sentencing hearing as she will be on trial in the case of *United States v. Romero-Jimenez, et al,* 3:21-cr-00039-RCJ-WGC, the week of November 15, 2021.

2. The Defendant is in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this stipulation is made in good faith and not for purpose of delay.

6. This is the first request on behalf of the government for a continuance of the sentencing hearing, but sixth stipulation to continue overall.

DATED this 20th day of October, 2021.

| | |
|---|---|
| CHRISTOPHER CHIOU<br>Acting United States Attorney | HOFLAND & TOMSHECK |
| */s/ Penelope J. Brady*<br>Penelope J. Brady<br>Assistant United States Attorney | */s/ Joshua Tomsheck*<br>Joshua Tomsheck<br>Attorney for Defendant<br>RICHARD ANTHONY HERNANDEZ |
| */s/ Bianca R. Pucci*<br>Bianca R. Pucci<br>Assistant United States Attorney | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RICHARD ANTHONY HERNANDEZ,<br><br>  Defendant. | Case No.  2:18-cr-00320-RFB-VCF<br><br>**ORDER** |

Based on the Stipulation of counsel, good cause appearing therefore, the Court finds that:

1. One of the government attorneys assigned to the case is not available for the currently scheduled sentencing hearing as she will be on trial in the case of *United States v. Romero-Jimenez, et al,* 3:21-cr-00039-RCJ-WGC, the week of November 15, 2021.

2. The Defendant is in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this stipulation is made in good faith and not for purpose of delay.

6. This is the first request for a continuance of the sentencing hearing by the government, but the sixth stipulation to continue overall.

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled on

1 | Thursday, November 18, 2021, at the hour of 11:45 a.m., be vacated and continued to <u>December
2 | 14, 2021 at the hour of 1:00 p.m. by videoconference.</u>

3 |     DATED this __27th__ day of October, 2021.

_____
HONORABLE  RICHARD F. BOULWARE, II
United States District Judge